IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANNON WILSON,

    Plaintiff,

vs.                              CASE NO. 5:08cv355/RS-MD

JEFF DAWSY, Chief; CHRISTOPHER
BENTZ; CLINT ADAMS and ROBERT
CROSNOE,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 24). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is approved and is incorporated in this Order.
2. This case is dismissed without prejudice.
3. The clerk is directed to close the file.

**ORDERED** on August 28, 2009.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**